IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, ) | |
| ) | Civ. Action No. 06-cv-567 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WACHOVIA MORTGAGE CORPORATION, ) | |
| *et al.*, ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

      I, Michael J. Barrie, hereby certify that on September 13, 2006, I filed with the Clerk of Court the Notice of Removal, which was electronically entered by the Clerk on September 14, 2006 using CM/ECF, which sent notification of such filing to the following:

John S. Grady, Esq.
GRADY & HAMPTON, LLC
6 North Bradford St.
Dover, DE  19904
jgrady@gradyhampton.com, rward@gradyhampton.com

      I further certify that on September 14, 2006, I caused a true and correct copy of the Notice of Removal to be served via first class mail, postage pre-paid upon the following:

John S. Grady, Esq.
GRADY & HAMPTON, LLC
6 North Bradford St.
Dover, DE  19904

Date:  September 14, 2006

/s/ Michael J. Barrie
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL
   & LEWIS LLP
824 N. Market St., Suite 1001
Wilmington, DE  19801
(302) 888-4554
mbarrie@schnader.com

PHDATA 1392941_1