# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOLANO ANDERSON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06 CV 00567 (SLR) |
| v. | ) ) | |
| WACHOVIA MORTGAGE CORPORATION *and* WACHOVIA CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

_____

## MOTION OF DEFENDANTS WACHOVIA MORTGAGE CORPORATION AND WACHOVIA CORPORATION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

_____

Defendants Wachovia Mortgage Corporation and Wachovia Corporation hereby respectfully move this Court to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying brief.

Respectfully submitted,

/s/ Michael J. Barrie
_____

*Of Counsel*
Elizabeth K. Ainslie
Stephen A. Fogdall
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

Michael J. Barrie
Schnader Harrison Segal & Lewis LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE 19801-3011
(302) 888-4554

*Counsel for Defendants Wachovia Mortgage Corporation
and Wachovia Corporation*

Dated:  September 20, 2006

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, certify that the forgoing Motion and Opening Brief of Defendants Wachovia Mortgage Corporation and Wachovia Corporation to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) has been electronically filed and is available to be viewed and downloaded on the Court's ECF website.  I further certify that I have served a copy of the Motion and Brief upon the following by overnight mail:

John S. Grady, Esquire
Grady & Hampton, LLC
6 North Bradford Street
Dover, DE 19904

/s/ Michael J. Barrie

September 20, 2006