IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 06-cv-567(SLR) |
| | ) |
| WACHOVIA MORTGAGE CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION REGARDING BRIEFING SCHEDULE**

The above captioned plaintiffs and defendants, by and through their respective undersigned counsel, hereby stipulate that (i) Plaintiffs shall file and serve their answering brief to the Motion of Defendants Wachovia Mortgage Corp. and Wachovia Corp. to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) no later than October 9, 2006, and (ii) Defendants shall file and serve their reply brief no later than October 20, 2006.

| | |
|---|---|
| /s/ John S. Grady | /s/ Michael J. Barrie |
| John S. Grady (#0009) | Michael J. Barrie (#4684) |
| GRADY & HAMPTON LLC | SCHNADER HARRISON SEGAL & LEWIS LLP |
| 6 North Bradford Street | 824 Market Street Mall, Suite 1001 |
| Dover, DE 19904 | Wilmington, DE 19801 |
| (302) 678-1265(telephone) | (302) 888-4554 (telephone) |
| (302) 678-3544 (facsimile) | (302) 888-1696 (telecopier) |
| jgrady@gradyhampton.com | mbarrie@schnader.com |
| *Counsel to Plaintiffs Tolano Anderson, et al.* | *Counsel to Defendants Wachovia Mortgage Corp., et al.* |

Dated: October 3, 2006

**SO ORDERED**

_____
Dated: _____    Sue L. Robinson, C.U.S.D.J.

# Schnader
ATTORNEYS AT LAW

824 N. MARKET STREET   SUITE 1001
WILMINGTON, DE 19801
302.888.4554   FAX 302.888.1696   schnader.com

October 3, 2006

Michael J. Barrie
E-mail: mbarrie@schnader.com

**VIA UPS NEXT DAY AIR**

Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

        RE:   *Anderson, et al. v. Wachovia Mortgage Corp., et al,*
                 Case No. 1-06-CV-00567-SLR

Dear Judge Robinson:

      Please find enclosed for the Court's consideration the parties' Stipulation regarding Briefing Schedule. The undersigned is available should the Court have any concerns.

                            Respectfully,

                            Michael J. Barrie
                For SCHNADER HARRISON SEGAL & LEWIS LLP

Enclosure

cc:    John S. Grady, Esquire (w/encl.)