**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 06-cv-567(SLR) |
| | ) |
| WACHOVIA MORTGAGE CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
WITHOUT PREJUDICE**

In light of the amended complaint filed in the above-captioned civil action, Defendants Wachovia Mortgage Corp., *et al.* ("Defendants"), by and through their undersigned counsel, hereby withdraw without prejudice the Motion of Defendants Wachovia Mortgage Corp. and Wachovia Corp. to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). The Defendants believe the amended complaint still fails to state a claim upon which relief can be granted and, therefore, intend to file a Motion to Dismiss same under Fed. R. Civ. P. 12(b)(6), which is due not later than October 23, 2006.

     /s/  Michael J. Barrie
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 Market Street Mall, Suite 1001
Wilmington, DE  19801
(302) 888-4554 (telephone)
(302) 888-1696 (telecopier)
mbarrie@schnader.com

*Counsel to Defendants Wachovia Mortgage Corp., et al.*

Dated:  October 14, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 06-cv-567(SLR) |
| | ) |
| WACHOVIA MORTGAGE CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

   I, Michael J. Barrie, hereby certify that on October 14, 2006, I electronically filed the Notice of Withdrawal Without Prejudice using CM/ECF, which sent notification of such filing to the following:

John S. Grady, Esq.
GRADY & HAMPTON, LLC
6 North Bradford St.
Dover, DE  19904
jgrady@gradyhampton.com, rward@gradyhampton.com


Dated:  October 14, 2006          /s/ Michael J. Barrie
                  Michael J. Barrie (#4684)
                  SCHNADER HARRISON SEGAL
                    & LEWIS LLP
                  824 N. Market St., Suite 1001
                  Wilmington, DE  19801
                  (302) 888-4554
                  mbarrie@schnader.com