**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 06-cv-567(SLR) |
| | ) |
| WACHOVIA MORTGAGE CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**APPLICATION FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Defendants Wachovia Mortgage Corp., *et al.* ("Defendants") hereby apply for the scheduling of oral argument on the Motion of Defendants Wachovia Mortgage Corporation and Wachovia Corporation to Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: November 14, 2006

/s/ Michael J. Barrie
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 Market Street Mall, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (telecopier)
mbarrie@schnader.com

*Counsel to Defendants*
*Wachovia Mortgage Corp., et al.*

OF COUNSEL
Elizabeth K. Ainslie, Esq.
Stephen A. Fogdall, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 06-cv-567(SLR) |
| | ) |
| WACHOVIA MORTGAGE CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that on November 14, 2006, I electronically filed the Application for Oral Argument using CM/ECF, which sent notification of such filing to the following:

John S. Grady, Esq.
GRADY & HAMPTON, LLC
6 North Bradford St.
Dover, DE  19904
jgrady@gradyhampton.com, rward@gradyhampton.com


Dated:  November 14, 2006           /s/ Michael J. Barrie
                                                    Michael J. Barrie (#4684)
                                                    SCHNADER HARRISON SEGAL
                                                         & LEWIS LLP
                                                    824 N. Market St., Suite 1001
                                                    Wilmington, DE  19801
                                                    (302) 888-4554
                                                    mbarrie@schnader.com