## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 06-cv-567(SLR) |
| | ) |
| WACHOVIA MORTGAGE CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification of counsel, the undersigned hereby moves the admission *pro hac vice* of Stephen A. Fogdall to represent Defendants Wachovia Mortgage Corp. and Wachovia Corporation in this matter.

Dated: August 7, 2007

/s/ Michael J. Barrie
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 Market Street Mall, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (telecopier)
mbarrie@schnader.com

*Counsel to Defendants*
*Wachovia Mortgage Corp., et al.*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
Sue L. Robinson, U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Supreme Court of the Commonwealth of Pennsylvania, the United States Court of Appeals for the Third Circuit and the United States District Court for the Eastern District of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: August 3, 2007

Stephen A. Fogdall, Esq.
SCHNADER HARRISON SEGAL &
    LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 06-cv-567(SLR) |
| ) | |
| WACHOVIA MORTGAGE CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

      I, Michael J. Barrie, hereby certify that I am not less than eighteen years of age and that on August 7, 2007, I electronically filed the Motion and Order for Admission *Pro Hac Vice* of Stephen A, Fogdall, Esquire (the "Motion") using CM/ECF, which sent notification of such filing to the following:

John S. Grady, Esq.
GRADY & HAMPTON, LLC
6 North Bradford St.
Dover, DE  19904
jgrady@gradyhampton.com, rward@gradyhampton.com

      I further certify that on August 7, 2007, I caused the Motion to be served on the above person via first class mail, postage prepaid.

| | |
|---|---|
| Dated:  August 7, 2007 | /s/  Michael J. Barrie |
| | Michael J. Barrie (#4684) |
| | SCHNADER HARRISON SEGAL & LEWIS LLP |
| | 824 Market Street Mall, Suite 1001 |
| | Wilmington, DE  19801 |
| | (302) 888-4554 (telephone) |
| | (302) 888-1696 (telecopier) |
| | mbarrie@schnader.com |
| | |
| | *Counsel to Defendants* |
| | *Wachovia Mortgage Corp., et al.* |