**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON

DOVER        (302) 678-1265
SUSSEX     (302) 855-1313
FAX           (302) 678-3544

August 9, 2007

**E-FILED**

Clerk
United States District Court
844 King Street, Room 4209
Lock Box 18
Wilmington DE  19801

      RE:    **Anderson, et al. v. Wachovia, et al.**
                C. A. No. 06 CV 00567 (SLR)

Dear Sir:

      Attached is the proposed scheduling order.  I believe there is substantial agreement with the provisions by opposing counsel.  Due to Mr. Fogdall's vacation schedule, we were not able to come to a complete agreement on paragraph 2 (c) through (f).

                                  Sincerely yours,

                                    /S/  John S. Grady
                                  John S. Grady

JSG:rlw
Attachment
cc:    Stephen A. Fogdall, Esq.