IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, CATHY ANDERSON, RICHARD WILKINS, BRENDA WILKINS, LLOYD WHEATLEY, and AUDRIA WHEATLEY, <br><br>  Plaintiffs, <br><br> v. <br><br> WACHOVIA MORTGAGE CORPORATION, and WACHOVIA CORPORATION, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) Civ. No. 06-567-SLR ) ) ) ) ) ) |

ORDER

At Wilmington this 14th day of August, 2007, having reviewed defendants' motion for reargument;

IT IS ORDERED that said motion (D.I. 19) is denied, as the motion does not reflect a change in the controlling law, availability of new evidence, or a clear error of law or fact. The case is moving through discovery toward resolution on the merits, and the motion does not identify any reason as to why this is manifestly unjust.

_____
United States District Judge