## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION | ) |
| and WACHOVIA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

At Wilmington this __23rd__ day of __August__, 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.     **Pre-Discovery Disclosures.** The parties will exchange, no later than August 31, 2007, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.     **Discovery.**

(a) Discovery will be needed on the following subjects:    the banking standards of Wachovia and the details of the transaction between plaintiffs and defendants concerning their loan applications.

(b) All fact discovery shall be commenced in time to be completed by December 31, 2007.

(c) Maximum of 50 interrogatories by plaintiffs and defendants.

(d) Maximum of 25 requests for admission by plaintiffs and defendants.

(e) Maximum of 10 depositions by plaintiffs and 10 by defendants.

(f) Each deposition limited to a maximum of 4 hours unless extended by agreement of parties.

3.    This matter is rescheduled for a telephone status conference on January 8, 2008, at 4:30 p.m.

Sue L. Robinson

United States District Judge

2