**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TOLANO ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 06 CV 00567 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| WACHOVIA MORTGAGE CORPORATION | ) | |
| *and* WACHOVIA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF SERVICE OF DISCOVERY

      PLEASE TAKE NOTICE that on September 5, 2007, the undersigned caused a copy of (i) Wachovia's Disclosures Pursuant to Rule 26(a)(1), and (ii) Wachovia's First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiffs, to be served upon the following:

  John S. Grady, Esquire
  Grady & Hampton, LLC
  6 North Bradford Street
  Dover, DE 19904
  [Counsel for Plaintiffs]
  (*via* UPS Overnight Delivery)

PHDATA 3005792_1

Date:  September 6, 2007                              SCHNADER HARRISON SEGAL
                                                                                                       & LEWIS LLP

                                                                             /s/ Michael J. Barrie
                                                                   Michael J. Barrie (#4684)
                                                                   824 N. Market St., Suite 1001
                                                                   Wilmington, DE  19801
                                                                   (302) 888-4554

                                                                   AND

                                                                   Stephen A. Fogdall (admitted *pro hac vice*)
                                                                   1600 Market Street, Suite 3600
                                                                   Philadelphia, PA  19103-7286
                                                                   (215) 751-2000

PHDATA 3005792_1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TOLANO ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 06 CV 00567 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| WACHOVIA MORTGAGE CORPORATION | ) | |
| and WACHOVIA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that I am not less than 18 years of age and that (a) a true and correct copy of (i) Wachovia's Disclosures Pursuant to Rule 26(a)(1), and (ii) Wachovia's First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiffs was served via UPS Overnight Delivery on September 5, 2007 on the below-listed counsel for Plaintiffs, and (b) notice of service of the foregoing discovery was served via electronic filing and first class mail on the below-listed counsel for Plaintiffs on September 6, 2007.

    John S. Grady, Esquire  
    Grady & Hampton, LLC  
    6 North Bradford Street  
    Dover, DE 19904  
    [Counsel for Plaintiffs]

2

| | |
|---|---|
| Date:  September 6, 2007 | SCHNADER HARRISON SEGAL<br>     & LEWIS LLP |

  /s/ Michael J. Barrie
Michael J. Barrie (#4684)
824 N. Market St., Suite 1001
Wilmington, DE  19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)

AND

Stephen A. Fogdall (admitted *pro hac vice*)
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
(215) 751-2000 (telephone)
(215) 751-2205 (facsimile)