**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TOLANO ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. No. 06 CV 00567 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| WACHOVIA MORTGAGE CORPORATION and WACHOVIA CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 11th day of September, 2007, a true and correct copy of the **PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS and PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS** were served via the United States Postal Service upon the following:

Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Michael J. Barrie, Esquire
Schnader, Harrison, Segal & Lewis, LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE 19801-301

GRADY & HAMPTON, LLC

　　/S/　　John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*