**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION | ) |
| and WACHOVIA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I hereby certify that on this 24th day of September, 2007, a true and correct copy of the **PLAINTIFFS' ADDITIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS and PLAINTIFFS' ADDITIONAL INTERROGATORIES DIRECTED TO DEFENDANTS** were served via the United States Postal Service upon the following:

Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Michael J. Barrie, Esquire
Schnader, Harrison, Segal & Lewis, LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE  19801

GRADY & HAMPTON, LLC

          /S/     John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*