# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION | ) |
| and WACHOVIA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of J.D. Hogsten on **Monday, November 5, 2007, beginning at 10:00 a.m.** in the offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, Delaware 19904.

                                            GRADY & HAMPTON, LLC

                                            /S/    John S. Grady
                                            John S. Grady (I.D. 009)
                                            6 North Bradford St.
                                            Dover, DE 19904
                                            (302) 678-1265
                                            *Attorneys for Plaintiffs*

DATED:      September 24, 2007
cc:    Lorena Hartnett, RPR

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, a true and correct copy of the **NOTICE OF DEPOSITION** was served via CM/ECF Pacer upon the following:

Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Michael J. Barrie, Esquire
Schnader, Harrison, Segal &  Lewis, LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE  19801


GRADY & HAMPTON, LLC

         /S/      John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*