IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TOLANO ANDERSON, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 06 CV 00567 (SLR) |
| v. | ) ) ) | |
| WACHOVIA MORTGAGE CORPORATION *and* WACHOVIA CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DEPOSITION**

TO:   John S. Grady, Esquire
    Grady & Hampton, LLC
    6 North Bradford Street
    Dover, DE 19904

PLEASE TAKE NOTICE that defendants, through their undersigned attorneys, will take the oral deposition under oath of plaintiff **AUDRIA WHEATLEY** on Wednesday, October 31, 2007 beginning at 2:30 p.m. in the offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, Delaware 19905.  You are invited to attend and participate.

|  |  |
|---|---|
| | /s/ Michael J. Barrie |
| *Of Counsel* | Michael J. Barrie |
| Elizabeth K. Ainslie | Schnader Harrison Segal & Lewis LLP |
| Stephen A. Fogdall | 824 N. Market Street |
| Schnader Harrison Segal & Lewis LLP | 10th Floor, Suite 1001 |
| 1600 Market Street, Suite 3600 | Wilmington, DE 19801-3011 |
| Philadelphia, PA 19103 | (302) 888-4554 |
| (215) 751-2000 | |

*Counsel for Defendants Wachovia Mortgage Corporation
and Wachovia Corporation*

Dated:  September 25, 2007

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, certify that the forgoing Notice of Deposition was served upon the following by overnight mail:

> John S. Grady, Esquire
> Grady & Hampton, LLC
> 6 North Bradford Street
> Dover, DE 19904

Dated: September 25, 2007

/s/ Michael J. Barrie