# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| Plaintiffs, | ) C.A. No. 06 CV 00567 (SLR) |
| v. | ) |
| WACHOVIA MORTGAGE CORPORATION and WACHOVIA CORPORATION, | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   John S. Grady, Esquire
Grady & Hampton, LLC
6 North Bradford Street
Dover, DE 19904

PLEASE TAKE NOTICE that defendants, through their undersigned attorneys, will take the oral deposition under oath of plaintiff **KATHY ANDERSON** on Tuesday, October 30, 2007 beginning at 3:00 p.m. in the offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, Delaware 19905.  You are invited to attend and participate.

|  |  |
|---|---|
| | /s/ Michael J. Barrie |
| *Of Counsel* | Michael J. Barrie |
| Elizabeth K. Ainslie | Schnader Harrison Segal & Lewis LLP |
| Stephen A. Fogdall | 824 N. Market Street |
| Schnader Harrison Segal & Lewis LLP | 10th Floor, Suite 1001 |
| 1600 Market Street, Suite 3600 | Wilmington, DE 19801-3011 |
| Philadelphia, PA 19103 | (302) 888-4554 |
| (215) 751-2000 | |

*Counsel for Defendants Wachovia Mortgage Corporation
and Wachovia Corporation*

Dated: September 25, 2007

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, certify that the forgoing Notice of Deposition was served upon the following by overnight mail:

>John S. Grady, Esquire
>Grady & Hampton, LLC
>6 North Bradford Street
>Dover, DE 19904

Dated:  September 25, 2007

/s/ Michael J. Barrie