## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION | ) |
| and WACHOVIA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of J.D. Hogsten on **Monday, November 5, 2007, beginning at 10:00 a.m.** in the offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, Delaware 19904.  He is to bring with him the entire file of the Andersons, Wheatleys and Wilkins in connection with their loans which are the subject of this suit.  He is also to bring with him all bank regulations relating to the mortgages of Plaintiffs.

                                                GRADY & HAMPTON, LLC

                                               /S/     John S. Grady
                                            John S. Grady (I.D. 009)
                                            6 North Bradford St.
                                            Dover, DE 19904
                                            (302) 678-1265
                                            *Attorneys for Plaintiffs*

DATED:       September 26, 2007
cc:     Lorena Hartnett, RPR

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2007, a true and correct copy of the **RE-NOTICE OF DEPOSITION** was served via CM/ECF Pacer upon the following:

| | |
|---|---|
| Stephen A. Fogdall, Esquire<br>Schnader, Harrison, Segal & Lewis, LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286 | Michael J. Barrie, Esquire<br>Schnader, Harrison, Segal & Lewis, LLP<br>824 N. Market Street<br>10th Floor, Suite 1001<br>Wilmington, DE  19801 |

GRADY & HAMPTON, LLC

         /S/     John S. Grady         
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*