**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TOLANO ANDERSON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06 CV 00567 (SLR) |
| v. | ) ) | |
| WACHOVIA MORTGAGE CORPORATION *and* WACHOVIA CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF SERVICE OF DISCOVERY

      PLEASE TAKE NOTICE that on September 27, 2007, the undersigned caused a copy of Wachovia's Second Set of Interrogatories and Requests for Production of Documents Directed to Plaintiffs, to be served upon the following:

   John S. Grady, Esquire
   Grady & Hampton, LLC
   6 North Bradford Street
   Dover, DE 19904
   [Counsel for Plaintiffs]
   (*via* UPS Overnight Delivery)

2

| | |
|---|---|
| Date: September 27, 2007 | SCHNADER HARRISON SEGAL<br>& LEWIS LLP |

  /s/ Michael J. Barrie
Michael J. Barrie (#4684)
824 N. Market St., Suite 1001
Wilmington, DE  19801
(302) 888-4554

AND

Stephen A. Fogdall (admitted *pro hac vice*)
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
(215) 751-2000

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TOLANO ANDERSON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06 CV 00567 (SLR) |
| v. | ) ) ) | |
| WACHOVIA MORTGAGE CORPORATION *and* WACHOVIA CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that I am not less than 18 years of age and that (a) a true and correct copy of Wachovia's Second Set of Interrogatories and Requests for Production of Documents Directed to Plaintiffs was served via UPS Overnight Delivery on September 27, 2007 on the below-listed counsel for Plaintiffs, and (b) notice of service of the foregoing discovery was served via electronic filing and first class mail on the below-listed counsel for Plaintiffs on September 27, 2007.

    John S. Grady, Esquire
    Grady & Hampton, LLC
    6 North Bradford Street
    Dover, DE 19904
    [Counsel for Plaintiffs]

2

| | |
|---|---|
| Date: September 27, 2007 | SCHNADER HARRISON SEGAL & LEWIS LLP |

  /s/ Michael J. Barrie
Michael J. Barrie (#4684)
824 N. Market St., Suite 1001
Wilmington, DE  19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)

AND

Stephen A. Fogdall (admitted *pro hac vice*)
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
(215) 751-2000 (telephone)
(215) 751-2205 (facsimile)