## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOLANO ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. No. 06 CV 00567 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| WACHOVIA MORTGAGE CORPORATION and WACHOVIA CORPORATION, | ) ) ) | |
| Defendants. | ) | |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of J.D. Hogsten on **Friday, November 2, 2007, beginning at 9:00 a.m.** in the offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, Delaware 19904. He is to bring with him the entire file of the Andersons, Wheatleys and Wilkins in connection with their loans which are the subject of this suit. He is also to bring with him all bank regulations relating to the mortgages of Plaintiffs.

GRADY & HAMPTON, LLC

      /S/      John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*

DATED:   October 8, 2007
cc:   Corbett & Wilcox

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2007, a true and correct copy of the **RE-NOTICE OF DEPOSITION** was served via CM/ECF Pacer upon the following:

Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Michael J. Barrie, Esquire
Schnader, Harrison, Segal &  Lewis, LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE  19801


GRADY & HAMPTON, LLC

　　　/S/　　John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*