# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION and WACHOVIA CORPORATION, | ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the oral deposition, via telephone, of Colleen Fazzino on **Thursday, December 6, 2007, beginning at 10:00 a.m.** at the offices of Wachovia Mortgage Corporation, One Jefferson Square, Waterbury, CT 06706.. Colleen Fazzino shall bring with her any files of the Plaintiffs' mortgage applications which are the subject of their suit.

                                          GRADY & HAMPTON, LLC

                                          /S/   John S. Grady
                                          John S. Grady (I.D. 009)
                                          6 North Bradford St.
                                          Dover, DE 19904
                                          (302) 678-1265
                                          *Attorneys for Plaintiffs*

DATED:     December 3, 2007
cc:           Court Reporter

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2007, a true and correct copy of the **NOTICE OF DEPOSITION** was served via CM/ECF Pacer upon the following:

Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Michael J. Barrie, Esquire
Schnader, Harrison, Segal &  Lewis, LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE  19801


GRADY & HAMPTON, LLC

          /S/     John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*