IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 06 CV 00567 (SLR) |
| ) | |
| v. ) | |
| ) | |
| WACHOVIA MORTGAGE CORPORATION ) | |
| *and* WACHOVIA CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS WACHOVIA MORTGAGE CORPORATION AND WACHOVIA CORPORATION TO STRIKE PORTIONS OF THE ERRATA SHEET FOR PLAINTIFF LLOYD WHEATLEY'S OCTOBER 31, 2007 DEPOSITION**

Defendants Wachovia Mortgage Corporation and Wachovia Corporation hereby respectfully move this Court to strike lines 14 and 15 of the errata sheet for plaintiff Lloyd Wheatley's October 31, 2007 deposition, for the reasons set forth in the accompanying brief.

Respectfully submitted,

*Of Counsel*
Elizabeth K. Ainslie
Stephen A. Fogdall
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

/s/ Michael J. Barrie
Michael J. Barrie  (#4684)
Schnader Harrison Segal & Lewis LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE 19801-3011
(302) 888-4554

*Counsel for Defendants Wachovia Mortgage Corporation and Wachovia Corporation*

Dated: December 5, 2007

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, certify that the forgoing Motion and Opening Brief of Defendants Wachovia Mortgage Corporation and Wachovia Corporation to Strike Portions of the Errata Sheet for Plaintiff Lloyd Wheatley's October 31, 2007 Deposition has been electronically filed and is available to be viewed and downloaded on the Court's ECF website. I further certify that I have served a copy of the Motion and Brief upon the following by overnight mail:

> John S. Grady, Esquire
> Grady & Hampton, LLC
> 6 North Bradford Street
> Dover, DE 19904

/s/ Michael J. Barrie

December 5, 2007