## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2007, a true and correct copy of the **PLAINTIFFS' MOTION TO COMPEL DISCOVERY PURSUANT TO RULE 37** was served via CM/ECF Pacer upon the following:

| | |
|---|---|
| Stephen A. Fogdall, Esquire<br>Schnader, Harrison, Segal & Lewis, LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286 | Michael J. Barrie, Esquire<br>Schnader, Harrison, Segal &  Lewis, LLP<br>824 N. Market Street<br>10th Floor, Suite 1001<br>Wilmington, DE  19801 |

GRADY & HAMPTON, LLC

　　　　/S/　　　John S. Grady　　　
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*