## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2007, a true and correct copy

of the **MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO**

**STRIKE PORTIONS OF THE ERRATA SHEET** was served via CM/ECF Pacer

upon the following:

Stephen A. Fogdall, Esquire                    Michael J. Barrie, Esquire
Schnader, Harrison, Segal &                    Schnader, Harrison, Segal & Lewis,
Lewis, LLP                                     LLP
1600 Market Street, Suite 3600                 824 N. Market Street
Philadelphia, PA  19103-7286                   10th Floor, Suite 1001
                                               Wilmington, DE  19801


GRADY & HAMPTON, LLC

_____/S/_____John S. Grady_____
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*