**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON

DOVER        (302) 678-1265
SUSSEX       (302) 855-1313
FAX          (302) 678-3544

December 31, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE  19801

      **RE:**    **Anderson, et al. v. Wachovia, et al.**
                **C. A. No. 06-567**

Dear Judge Robinson:

      Following my reply brief in connection with Plaintiffs' motion to compel production of documents, counsel for Defendants has correctly pointed out that a written response to the requests for production had been produced to our office. Plaintiffs did receive those responses on November 1, 2007. Attached is a copy of Defendants responses. Unfortunately, while preparing this motion counsel for Plaintiffs was not able to locate the Defendants responses. Therefore, counsel for Plaintiffs erroneously assumed that there had been no response and so indicated in his reply brief. Therefore, any arguments made based on the argument that a written response to the request for production was not filed should be withdrawn.

      In reviewing the responses that have been made, and in light of some of the identifications made both in Defendants' reply brief and information subsequently supplied, Plaintiffs would substantially limit their motion to compel documents.

      Request number 4 requested all documents indicating the rate of approval of applicants by race. Defendants objected to this request as being inadmissible and not calculated to lead to discovery of admissible evidence. Plaintiffs and Defendants have already addressed this argument earlier in their briefs. There are documents available, according to the deposition testimony of Ms. Fazzino. Plaintiffs submit that they would lead to admissible evidence.

      Request number 11 requests any documents reflecting the approval rates of African-Americans. This information is available and is relevant, as argued earlier in Plaintiffs' response in connection with the request for interrogatories.

The Honorable Sue L. Robinson
December 31, 2007
Page 2

  Counsel apologizes to the Court and to Mr. Fogdall for any inconvenience which might have been caused because of counsel's failure to identify Defendants' responses.

            Sincerely yours,

            /S/ John S. Grady
            John S. Grady (I.D. #009)

JSG:rlw