# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WACHOVIA MORTGAGE CORPORATION )<br>*and* WACHOVIA CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 06 CV 00567 (SLR) |

## NOTICE OF DEPOSITION

TO: John S. Grady, Esquire
      Grady & Hampton, LLC
      6 North Bradford Street
      Dover, DE 19904

PLEASE TAKE NOTICE that defendants, through their undersigned attorneys, will take the oral deposition under oath of plaintiff **RICHARD WILKINS** on Thursday, January 10, 2008 beginning at 10:00 a.m. in the offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, Delaware 19905. You are invited to attend and participate.

| | |
|---|---|
| *Of Counsel*<br>Elizabeth K. Ainslie<br>Stephen A. Fogdall<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(215) 751-2000 | /s/ Michael J. Barrie<br>Michael J. Barrie<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street<br>10th Floor, Suite 1001<br>Wilmington, DE 19801-3011<br>(302) 888-4554 |

*Counsel for Defendants Wachovia Mortgage Corporation*
*and Wachovia Corporation*

Dated: January 4, 2008

## CERTIFICATE OF SERVICE

      I, Michael J. Barrie, certify that the forgoing Notice of Deposition was served upon the following by overnight mail:

          John S. Grady, Esquire
          Grady & Hampton, LLC
          6 North Bradford Street
          Dover, DE 19904

          /s/ Michael J. Barrie

Dated: January 4, 2008