IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, CATHY ANDERSON, RICHARD WILKINS, BRENDA WILKINS, LLOYD WHEATLEY, and AUDRIA WHEATLEY,<br><br>   Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, and WACHOVIA CORPORATION,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-567-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 8th day of January, 2008, having reviewed plaintiffs' motion to compel and defendants' motions to strike and to file a surreply, and the papers submitted in connection therewith;

IT IS ORDERED that:

1. Defendants' motion to file a surreply (D.I. 51) is granted.

2. Plaintiffs' motion to compel (D.I. 42) is denied, as the outstanding discovery requests are unduly burdensome and/or irrelevant.

3. Defendants' motion to strike (D.I. 40) is denied.

*[signature]*
United States District Judge