IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, CATHY ANDERSON, RICHARD WILKINS, BRENDA WILKINS, LLOYD WHEATLEY, and AUDRIA WHEATLEY,<br><br>       Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, and WACHOVIA CORPORATION,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-567-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 9th day of January, 2008, having conferred with counsel;

IT IS ORDERED that:

1. If plaintiffs are going to file an amended complaint, it must be filed on or before **January 22, 2008.**

2. Defendants' response thereto, and any further amendments to their answer, shall be filed on or before **February 5, 2008.**

3. All fact discovery shall be completed on or before **March 5, 2008.**

    a. On or before **January 18, 2008**, defendants shall file specific responses to interrogatories numbered 8 and 14.

    b. Defendants shall make available their employees appropriately noticed for depositions, including any noticed for a 30(b)(6) deposition.

4. The Court shall conduct a telephonic status conference on **Wednesday, March 5, 2008** at **4:30 p.m.**, with plaintiffs' counsel initiating said call.

_____
United States District Judge