## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION and WACHOVIA CORPORATION, | ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

I hereby certify that the following documents were served upon Stephen A. Fogdall, Esquire, counsel for Defendants:

- Plaintiffs' Answers to Defendants' First Set of Interrogatories and Plaintiffs' Answers to Defendants' Second Set of Interrogatories were served via facsimile on the 26th day of October, 2007;

- Affidavits of Lloyd and Audria Wheatley and Richard and Brenda Wilkins verifying their answers to Defendants' first and second set of interrogatories were hand-delivered on the 10th day of January, 2008;

- Affidavit of Tolano and Cathy Anderson was delivered via the United States Postal Service on the 17th day of January, 2008, to **1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286**:

                                        GRADY & HAMPTON, LLC

                                        /S/     John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*