IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TOLANO ANDERSON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06 CV 00567 (SLR) |
| v. | ) ) ) | |
| WACHOVIA MORTGAGE CORPORATION<br>*and* WACHOVIA CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF SERVICE OF DISCOVERY RESPONSES

      PLEASE TAKE NOTICE that on January 18, 2008, the undersigned caused a copy of Wachovia's Additional Responses to Plaintiffs' Interrogatory Eight and Interrogatory Fourteen to be served upon the following:

John S. Grady, Esquire
Grady & Hampton, LLC
6 North Bradford Street
Dover, DE 19904
[Counsel for Plaintiffs]
(*via* UPS Overnight Delivery)

| | |
|---|---|
| Date:  January 18, 2008 | SCHNADER HARRISON SEGAL  <br>  & LEWIS LLP <br><br> /s/ Michael J. Barrie <br> Michael J. Barrie (#4684) <br> 824 N. Market St., Suite 1001 <br> Wilmington, DE  19801 <br> (302) 888-4554 <br><br> AND <br><br> Stephen A. Fogdall (admitted *pro hac vice*) <br> 1600 Market Street, Suite 3600 <br> Philadelphia, PA  19103-7286 <br> (215) 751-2000 |

Case 1:06-cv-00567-SLR     Document 59     Filed 01/18/2008     Page 2 of 4

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 06 CV 00567 (SLR) |
| ) | |
| v. ) | |
| ) | |
| WACHOVIA MORTGAGE CORPORATION ) | |
| *and* WACHOVIA CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that I am not less than 18 years of age and that a true and correct copy of Wachovia's Additional Responses to Plaintiffs' Interrogatory Eight and Interrogatory Fourteen were served via facsimile and UPS Overnight Delivery on January 18, 2008 on the below-listed counsel for Plaintiffs, and (b) notice of service of the foregoing responses was served via electronic filing and first class mail on the below-listed counsel for Plaintiffs on January 18, 2008.

    John S. Grady, Esquire
    Grady & Hampton, LLC
    6 North Bradford Street
    Dover, DE 19904
    [Counsel for Plaintiffs]

| | |
|---|---|
| Date: January 18, 2008 | SCHNADER HARRISON SEGAL<br>& LEWIS LLP<br><br>  /s/ Michael J. Barrie<br>Michael J. Barrie (#4684)<br>824 N. Market St., Suite 1001<br>Wilmington, DE  19801<br>(302) 888-4554 (telephone)<br>(302) 888-1696 (facsimile)<br><br>AND<br><br>Stephen A. Fogdall (admitted *pro hac vice*)<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286<br>(215) 751-2000 (telephone)<br>(215) 751-2205 (facsimile) |