**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION | ) |
| and WACHOVIA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the undersigned will take the oral deposition Mr. Joe Skowronski on **Friday, February 15, 2008, beginning at 8:00 a.m.** at the offices of Schnader, Harrison, Segal & Lewis, LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286.  Joe Skowronski shall bring with him his job description.

GRADY & HAMPTON, LLC

　　　/S/　　John S. Grady　　　
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*

DATED:　　February 6, 2008
cc:　　Corbett & Wilcox

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2008, a true and correct copy of the **NOTICE OF DEPOSITION** was served via CM/ECF Pacer upon the following:

Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Michael J. Barrie, Esquire
Schnader, Harrison, Segal &  Lewis, LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE  19801


GRADY & HAMPTON, LLC

   /S/     John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*