# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) C. A. No. 06 CV 00567 (SLR) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA MORTGAGE CORPORATION and WACHOVIA CORPORATION, | ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the oral deposition, via telephone, of Maria Bello on **Friday, February 29, 2008, beginning at 9:30 a.m.** at the offices of Wachovia Mortgage Corporation, One Jefferson Square, Waterbury, CT 06706. Maria Bello shall bring with her her job description. Pre-marked exhibits will be sent to the court reporter.

                GRADY & HAMPTON, LLC

                /S/   John S. Grady
                John S. Grady (I.D. 009)
                6 North Bradford St.
                Dover, DE 19904
                (302) 678-1265
                *Attorneys for Plaintiffs*

DATED:     February 18, 2008
cc:          Court Reporter

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2008, a true and correct copy of the **NOTICE OF DEPOSITION** was served via CM/ECF Pacer upon the following:

| | |
|---|---|
| Stephen A. Fogdall, Esquire<br>Schnader, Harrison, Segal & Lewis, LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286 | Michael J. Barrie, Esquire<br>Schnader, Harrison, Segal & Lewis, LLP<br>824 N. Market Street<br>10th Floor, Suite 1001<br>Wilmington, DE  19801 |

GRADY & HAMPTON, LLC

　　　/S/　　John S. Grady
John S. Grady (I.D. 009)
6 North Bradford St.
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiffs*