IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLANO ANDERSON, CATHY ANDERSON, RICHARD WILKINS, BRENDA WILKINS, LLOYD WHEATLEY, and AUDRIA WHEATLEY, <br><br>  Plaintiffs, <br><br>  v. <br><br> WACHOVIA MORTGAGE CORPORATION and WACHOVIA CORPORATION, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) Civ. No. 06-567-SLR ) ) ) ) ) ) ) |

**ORDER**

At Wilmington this 7th day of March, 2008, having conferred with counsel;

IT IS ORDERED that the summary judgment motion practice shall proceed as follows:[1]

1. Defendants shall file their motion for summary judgment, along with their opening brief and related papers, on or before **April 11, 2008**.

2. Plaintiffs shall file their responsive brief and related papers on or before **May 12, 2008**.

3. Defendants may file a reply brief on or before **May 27, 2008**.

                                                  _/s/ Sue L. Robinson_
                                                  United States District Judge

---

[1] Fact discovery is closed, but for agreed-upon third party subpoenas. No expert testimony shall be presented by any party.